# Ballard Spahr LLP

210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
TEL 856.761.3400
FAX 856.761.1020
www.ballardspahr.com

William J. DeSantis
Tel: 856.761.3483
Fax: 856.761.1020
desantisw@ballardspahr.com

Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

May 12, 2014

*By Electronic Filing*
*Via Facsimile (973-645-2469)*

Honorable Esther Salas
M.L. King Jr., Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   Jemas vs. CitiMortgage, Inc.
      Civil Action No. 12-cv-03807
      Defendant's Motion to Dismiss

Dear Judge Salas:

We represent defendant CitiMortgage. I write to confirm the deadline for the filing of the reply brief with regard to the above motion.

By way of brief background, in an order dated March 21, 2014, the court terminated our previously filed motion to dismiss and ordered that we re-file the motion promptly. See ¶ 4 of Doc. 45. The court order gave us ten days, and not the standard seven days, to file a reply brief. *Id.*

Although the motion was initially to be returnable on May 5, 2014, plaintiffs' counsel obtained a two week adjournment so that it is now returnable on May 19, 2014. Under the court rules, our reply brief would be due on May 12, 2014, but under the court's March 21 order, our reply brief should not be due until May 15, 2014. I have spoken with plaintiffs' counsel and they have consented to this brief extension.

I respectfully request that the court confirm that the reply brief is not due until May 15, 2014.

Respectfully submitted,

*[signature]*

William J. DeSantis

WJD/pmd

cc:   Gareth De Santiago-Keene, Esquire (by ECF)

A PA Limited Liability Partnership | Steven W. Suflas, Managing Partner

Atlanta | Baltimore | Bethesda | Denver | Las Vegas | Los Angeles | New Jersey | New York | Philadelphia | Phoenix | Salt Lake City |
San Diego | Washington, DC | Wilmington | www.ballardspahr.com