# Ballard Spahr LLP

210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
TEL 856.761.3400
FAX 856.761.1020
www.ballardspahr.com

William J. DeSantis
Tel: 856.761.3483
Fax: 856.761.1020
desantisw@ballardspahr.com

Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

January 28, 2015

*By Electronic Filing*

Honorable Esther Salas
M.L. King Jr., Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: Jemas vs. CitiMortgage, Inc.
<u>Civil Action No. 12-cv-03807</u>

Dear Judge Salas:

In your order of December 12, 2014 (D.E. No. 57) you provided that the complaint would be dismissed without prejudice unless plaintiffs failed to file an amended complaint by January 26, 2015. Since plaintiffs have failed to do so, defendant respectfully requests that the court sign the attached order which dismisses the complaint with prejudice.

Respectfully submitted,

William J. DeSantis

WJD/pmd
Attachment

cc: Nicholas Stratton, Esquire (w/enclosure)

DMEAST #20916063 v1

A PA Limited Liability Partnership | Steven W. Suflas, Managing Partner

Atlanta | Baltimore | Bethesda | Denver | Las Vegas | Los Angeles | New Jersey | New York | Philadelphia | Phoenix | Salt Lake City |
San Diego | Washington, DC | Wilmington | www.ballardspahr.com

Martin C. Bryce, Jr., Esquire
bryce@ballardspahr.com
William J. DeSantis, Esquire
desantisw@ballardspahr.com
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ  08002
Telephone: 856.761.3400
Facsimile: 856.761.1020
*Attorneys for Defendant CitiMortgage, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THEODORE JEMAS AND JOANNE JEMAS, HUSBAND AND WIFEPlaintiffs,v.CITIMORTGAGE, INC., NATIONAL MORTGAGE MITIGATION CO., ABC CORP., AND JOHN DOES 1, 2, 3Defendants. | ::::::::::::::: CIVIL ACTION NO. 12-cv-03807 |

### ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER having been opened to the Court by Ballard Spahr LLP, counsel for Defendant CitiMortgage, Inc., by way of a Motion to Dismiss the Complaint for failure to state a claim upon which relief may be granted; and the Court having entered an order of dismissal without prejudice on December 12, 2014 (D.E. No. 57); and this order having allowed plaintiffs the opportunity to file an amended complaint on or before January 26, 2015; and it appearing that plaintiffs have not filed an amended complaint; for the reasons set forth in the Court's opinion of December 12, 2014 (D.E. No. 56), and good cause having been shown;

IT IS THIS _____ day of _____, 2015 hereby

ORDERED that Defendant's Motion to Dismiss is GRANTED; and it is further

ORDERED that the Complaint is dismissed WITH PREJUDICE.

_____

HON. ESTHER SALAS, USDJ